IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ZACH RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:18-cv-00866 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| SERRA AUTOMOTIVE, | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19) on Defendant's Motion to Dismiss (Doc. No. 8). Plaintiff did not respond to the motion to dismiss, despite receiving an extension of time in which to file a response and a warning that failure to respond to the motion would likely lead to a recommendation that this action be dismissed. (Doc. No. 18.) In the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed for failure to prosecute and Defendant's Motion to Dismiss be found moot.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 19 at 7.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, this action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) and Defendant's Motion to Dismiss (Doc. No. 8) is MOOT.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE